JAMES EDWARD KROC, APPELLANT, v. STATE OF NEVADA, RESPONDENT.

No. 6000

April 15, 1970                              467 P.2d 264

*Alfred Becker,* of Las Vegas, for Appellant.

*Harvey Dickerson,* Attorney General, *George E. Franklin, Jr.,* District Attorney, and *Richard D. Weisbart,* Deputy District Attorney, Clark County, for Respondent.

## OPINION

*Per Curiam:*

This is an appeal from a judgment of conviction rendered upon jury verdicts of guilty of robbery and assault with a deadly weapon with intent to do bodily harm.

We have examined the various assignments of error and find none to be supported by relevant authority. We therefore affirm the judgment entered below.